UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TUCKERBROOK ALTERNATIVE INVESTMENTS, LP, <br><br> Plaintiff, <br><br> v. <br><br> SUMANTA BANERJEE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 09-CV-11672-WGY <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFF'S MOTION TO DEEM SERVICE OF PROCESS EFFECTUATED

The Plaintiff Tuckerbrook Alternative Investments, LP ("Tuckerbrook") moves this Honorable Court to order that Service of Process of the Summons and Verified Complaint have been effectively served on the Defendant, Sumanta Banerjee ("Mr. Banerjee") and to set a date certain by which Mr. Banerjee must answer the Complaint. In the alternative, if the Court for some reason does not believe service of process has been duly effectuated, the Plaintiff moves pursuant to Fed. R.Civ. P. 4(f)(3) for an order permitting Tuckerbrook to effect service of process on the Defendant via electronic mail ("e-mail"). This motion is supported by the accompanying memorandum, which details the numerous good faith efforts Plaintiff has made to serve the Defendant in this case.

WHEREFORE, Tuckerbrook respectfully moves this Court to order Mr. Banerjee has effectively received notice and service of the above captioned civil complaint against him.

Respectfully submitted,

Tuckerbrook Alternative Investments, LP

By their Attorneys

/s/Sean T. Carnathan
Thomas N. O'Connor (BBO #377185)
E-mail: toconnor@ocmlaw.net
Sean T. Carnathan (BBO #636889)
E-mail: scarnathan@ocmlaw.net
Meaghan M. Fitzpatrick (BBO #653905)
E-mail: mfitzpatrick@ocmlaw.net
O'Connor Carnathan & Mack LLC
8 New England Executive Park, Suite 310
Burlington, MA 01803
Telephone: 781.359.9000
Facsimile: 781.359.9001

March 24, 2010

## CERTIFICATE OF SERVICE

I, Sean T. Carnathan, hereby certify that a true and accurate copy of the foregoing Motion to Deem Service of Process Effectuated has been filed and served through the Court's electronic filing system, this 24th day of March, 2010 and that an electronic copy has been forwarded directly to the Defendant.

/s/Sean T. Carnathan