**EXHIBIT B**



# Town of Weston, Connecticut
## Donna Anastasia, Town Clerk

### Indexing Search - Indexed Instrument Display [ Print Page ]

Displayed on: Friday, March 12, 2010 1:22:55 PM

LAND RECORDS Valid From 01/01/1950 Thru 03/11/2010

| | |
|---|---|
| **Index Type:** LAND RECORDS | **Date Filed:** 10/28/2009  **Time:** 04:04:35 PM |
| **Book:** 492  **Page:** 786 | **Orig Book:**   **Orig Page:** |
| **Kind:** QUITCLAM DEED | **Scan Pages:** 3 |
| **Description:** 23 SOUNDVIEW FARM ROAD LOT 9 MAP 2884 | |

**GRANTOR - Record(s) 3**
BANERJEE, AKSHITA S
GANDHI, ANANT J
BANERJEE, SUMANTA

**GRANTEE - Record(s) 2**
GANDHI, ANANT J
ZBAC LLC

1 Document(s) Selected
Document 1 of 1

  

[x] Cott Systems

Use of this site means that you have read and agree with the following Disclaimer.
Copyright 2001 © Cott Systems, Inc. All rights reserved.
Site developed and maintained by Cott Systems, Inc..
For questions or comments on this website send email to webmaster@weston-ct.com.