Sumanta Banerjee
58/1 Ballygunje Circular Rd
Kolkata-19, West Bengal
India

The Honorable Judge William Young
US District Court – District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

April 23, 2010


Honorable Judge William Young,

We received communication from your docket clerk, Mr. Matthew Paine, on March 9th that your Honor had vacated the Opposing Counsel's Motion of Default. After that time we did not receive anything from either the Court or the Opposing Counsel, until we emailed Mr. Paine again to see if there had been any activity in the Case no. 09cv11672-WGY.

We then received the email from Mr. Paine on April 12th, 2010, notifying us of the Motion Deem Service of Process Effectuated. We are unclear as to what this motion exactly means.

As of April 21st, 2010, *we have yet to receive the original complaint papers* that were referred to in "Motion Deem Service of Process Effectuated".

Please see the prior Affidavit, hereto included as Exhibit A. In our prior Affidavit, Your Honor, we demonstrated that although the Opposing Counsel claimed that the Complaint Papers were served, they were **not**. I did not live at my father's address which was where the Processor "claimed" that he deposited the papers.

My father has since passed away (Feb 21st), otherwise I would have had him also submit an affidavit. His companion accompanied him to the "Processor's" place of business and requested that the Processor take back the papers that were wrongly and illegally put into his mailbox, proof of which was also submitted prior to this, as Exhibit B.

*We are requesting a Clarification on the status of this Case 09cv11672-WGY*. We have **NOT** received the original complaint papers of this case and still do not know what the actual complaint contains. We have **NOT** received the original complaint via email, either. It has been the case with several large emails, due to the size, that these emails are delivered into my spam folder and after 30 days, that folder is purged.

We are also requesting some way to electronically access the court papers. We are representing ourselves in this case (*pro se*) and without some way to have the same access to the papers as the Opposing Counsel, we are at a **distinct disadvantage** in this case.

Your Honor, we are requesting, as a way to move this case forward, that we have a telephonic conference call. We are still in India. We are happy to call the Court at your convenience.

In summary Your Honor, we are requesting, (1) Clarification of the Status of Case 09cv11672-WGY, (2) Access to the Electronic filing system, only for this case or alternatively, a notation in the system (as we are pro se litigants) that also sends us an email when there is a filing on this case (3) a telephonic conference call at a convenient time (India is 9.5 hours ahead of eastern standard time) and *most importantly (4) the original complaint papers of Case 09cv11672-WGY.*

We are submitting (via email) this letter with the attachments to Mr. Matthew Paine so that he may deliver them to Your Honor and we will be sending a copy of these papers via fax to the Courthouse as well.


Sincerely,

Sumanta Banerjee