**EXHIBIT E**



April 30, 2010

O Connor Carnathan and Mack LLC
8 New England Executive Park
Suite 310
Burlington MA 01803

To Whom It May Concern,

On April 29th, 2010 a delivery attempt by DHL was made at 1:16pm to Sumanta Banerjee located at 58/1 Ballygunje Circulas Road, West Bangal KO 700019 India. The package was shipped through DHL on tracking number 1126911273 and refused by Sumanta during that attempt. We requested that DHL contact Sumanta and inform him/her that the shipment was from O'Connor Carnathan and Mack LLC and were court ordered documents. DHL contacted Sumanta at 9:56am on April 30th, 2010 and the shipment was still being refused. The package has now been requested to be returned back to O'Connor Carnathan and Mack LLC in the United States on April 30th, 2010 and was not delivered due to the refusal. If there is any further information we can provide please contact us at 617-723-5205. Thanks very much and have a great day.

Sincerely,

Customer Service
Mercury Business Services
Phone (617) 723-5205
Fax (617) 723-5214