The Honorable Judge William Young
US District Court, District of Massachusetts
1 Courthouse Way
Boston, MA 02210
Re: Case No. No. 09-CV-11672-WGY

Dear Judge Young,

I received notification that the Opposing Counsel has requested the court to allow a Default Judgment. We would like to update the court as to our status and also refute the incorrect statements in Opposing Counsel's filings. Also, we are requesting Your Honor to deny the Motion for Default Judgment.

1. As I we mentioned previously in our communication, we have NOT received the complaint yet in the above referenced case number. We are aware of a courier company attempting to make one delivery in April.  Our servants are illiterate and do not accept anything as a result. I was not present at that time (as a matter of fact I was in another city on that date), and I did not refuse any delivery of any documents from any courier (another example of continuing misstatements by Mr. Carnathan and their agents in their desperation). As far as I know, there has not been any re-attempt of delivery at a time when I was present. We are generally home after 7pm on Weekdays and on Saturdays and Sundays and the servants usually ask all couriers, etc. to deliver during that time period.  Please see the previous communication when Your Honor vacated the previous Motion of Default, as Exhibit A.
2. I am currently out of the country for work and will not be returning until early July 2010. Upon careful reading of Mr. Carnathan's Affidavit, I see that he has attached as an exhibit the Verified Complaint in the above mentioned case.  We would respectfully like to mention that Mr. Carnathan did not serve us the papers as per Your Honors' Order attached in Exhibit B, but rather cleverly disguised the complaint as attachment in his affidavit. We would request that Your Honor would still enforce your previous order of certification of delivery of the Complaint Papers to us so that there is no confusion as to the veracity of the documents that I have received by default. Further as there as several typos, mistakes, inconsistencies and incorrect attachments, I would like to be assured

that the Complaint Papers attached are accurate and are the same documents actually filed with Your Honor's Court.

3. Mr John. J. Hassett (Managing Principal of Tuckerbrook) has a long history of litigation in courts and this is yet another attempt to waste the Court's time and Your Honor's time.  Also, Mr. Hassett continue to harass me in the same manner with agents (private detectives hired in July 2009 to stake out my house in CT as per Tuckerbrooks' own admission) as he has done with various other parties in the past as reported in the press.  In fact even the Mass Turnpike has witnessed the lengths that Mr. Hassett will go to. Please see exhibit C.

4. Tuckerbrook and Mr. Hassett have continued to harass me both while I was in Connecticut and in India. Mr. Carnathan has admitted in Court filings that he and Tuckerbrook hired private investigators to monitor my movements.  In India, they hired a security company to loiter, harass my family and engage in other forms of despicable behavior. This hiring of private investigators is not new to Mr. Hassett. Please see exhibit D.

5. Finally, on a separate note, the fact that I transferred private personal funds to India for the welfare of my parents and family and my living expenses are irrelevant to the above mentioned case. Opposing Counsel again makes incorrect and misleading statements that are defamatory in nature and content. Mr Carnathan seems to be in the habit of using defamatory language to make his points, as they are usually grossly inaccurate or just blatantly incorrect.

We respectfully request Your Honor to give us some additional time to file a response to the baseless claims and meaningless allegations made in Verified Complaint. We are pro se litigants and as I will not be at home until early July we are requesting time until August 30, 2010, to respond to Tuckerbrook.   Their baseless claims are related to another lawsuit that was filed against Tuckerbrook by Alkek Foundation Case no. 3:09-mc-00345-SRU and since I do not live in the US, it would take additional time to conduct

research and respond appropriately to Tuckerbrook's frivolous and baseless claims. I fail to see how these specious claims are relevant to the current case.

We respectfully request Your Honor to (1) reject the Motion of Default and (2)grant us time till August 30, 2010 to respond to Tuckerbrook's baseless claims (3) still enforce your previous Order of delivery proof.

Sincerely,
Sumanta Banerjee