Sumanta,

Here is Judge Young's order in regards to your letter emailed to me on April 23, 2010.

```
|------------------------------------------------------------------------|
|                                                                        |
| Judge William G. Young: ELECTRONIC ORDER entered: In clarification, the|
| Court rules that it has acquired personal jurisdiction over Mr.        |
| Banerjee. Tuckerbrook's counsel is forthwith to mail by certified mail |
| or by an equally verifiable delivery service another copy of the       |
| complaint herein. The request for e-filing is denied. re 15 Letter (via|
| email) from Sumanta Banerjee to Judge William G. Young(Paine, Matthew) |
| (Entered: 04/23/2010)                                                  |
|                                                                        |
|                                                                        |
|------------------------------------------------------------------------|
```

Matt Paine
Docket Clerk
Hon. William G. Young
United States District Court
John Joseph Moakley - U.S. Courthouse
Matthew_Paine@mad.uscourts.gov
(617)-748-9157