**Document**
Start a New Search | Previous Results
Buy Complete Document: Abstract Full Text Page Print

### Head of firm seeking Pike work quits Bid tactics of AT/Comm. questioned
*[City Edition]*
Boston Globe (pre-1997 Fulltext) - Boston, Mass.
    Author:     Frank Phillips, Globe Staff
     Date:        Sep 30, 1995
  Start Page:       13
   Section:      METRO/REGION
Text Word Count:     495
**Abstract** (Document Summary)

John Hassett, founder and CEO of AT/Comm. Inc., insisted his quitting had nothing to do with the controversial detective work, part of the company's pugnacious strategy to win a contract to install an electronic toll system on the turnpike.

"There is no connection between the events in Massachusetts and my resignation," Hassett said yesterday. "It might make a for juicier story, but it's just not factual."

But other sources said Hassett's resignation came after the board, at a meeting Thursday, expressed concern over the company's image as a result of the battle for the turnpike contract and Hassett's aggressive strategy.

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.
**Buy Complete Document:** Abstract Full Text Page Print