

# Boston Globe Archive

- HOME
- TODAY'S GLOBE
- NEWS
- BUSINESS
- SPORTS
- LIFESTYLE
- A&E
- THINGS TO DO
- TRAVEL

CARS
JOBS
REAL ESTATE
LOCAL SEARCH

## Document

Start a New Search | Previous Results



Buy Complete Document: Abstract  Page Print

### Head of firm seeking Pike work quits

Boston Globe - Boston, Mass.

  Author:    Phillips, Frank
   Date:     Sep 30, 1995
Start Page:     13

**Abstract** (Document Summary)

John Hassett, founder and CEO of AT/Comm Inc, the Marblehead MA firm that hired private detectives to rifle through the trash and financial records of Massachusetts Turnpike Authority executives, resigned after meeting with his board of directors.

Reproduced with permission of the copyright owner. Further reproduction or distribution is prohibited without permission.

**Buy Complete Document:** Abstract  Page Print

**Most Viewed Articles**  (Updated Daily)

- POLITICAL TIES STRONG AT AIRPORT LACK OF AVIATION EXPERIENCE CITED
- Saluting armed forces, Bush leaves Maine American Legion speech, round of golf complete Memorial D...
- STUDENT HELD; BATES DEAN LEAVES HOSPITAL
- MEDFORD AIMS TO BE SUBURBAN GEM
- CYBER CHIEF SPEAKS ON DATA NETWORK SECURITY

Log In

Search | Page Prints | Saved Search | Login | Tips | FAQ | Pricing | Account | Help | About | Terms

**GLOBE SUBSCRIBERS**

For free access to the archives, log in here.

**HELP**

- FAQ
- Article prices
- Reprint products
- Custom page reproductions

**OTHER SEARCH TOOLS**

- Basic search
- Restaurants
- Things to Do
- White pages
- Yellow pages

Case 1:09-cv-11672-WGY   Document 25-5   Filed 06/18/10   Page 3 of 4