UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TUCKERBROOK ALTERNATIVE )
INVESTMENTS, LP, )
 )
      Plaintiff, )
 )
v. ) CASE NO. 09-CV-11672-WGY
 )
SUMANTA BANERJEE, )
 )
      Defendant. )
_____ )

## ~~FORM OF~~ DEFAULT JUDGMENT

Young, D.J.

Defendant, Sumanta Banerjee, having failed to plead or otherwise defend in this action and his default having been entered,

Now, upon application of plaintiff and an affidavit demonstrating that defendant owes plaintiff the sum of $209,028.00, that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the sum of $1,850.00.

It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant Sumanta Banerjee the principal amount of $209,028.00, with costs in the amount of $19,16.10 and prejudgment interest at the rate of 12% from September 24, 2008 to March 10, 2010 in the amount of $43,363.29 for a total judgment of $254,307.39 with interest as provided by law.

By the Court,

_____
Deputy Clerk

Dated: ~~June 17, 2010~~
June 30, 2010

NOTE: The post judgment interest rate effective this date is 3.6% (as of filing this Plaintiff's Motion for Default Judgment, June 3, 2010).

June 30, 2010
Form of judgment approved.
William G. Young
District Judge