UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TUCKERBROOK ALTERNATIVE INVESTMENTS, LP, <br><br> Plaintiff <br><br> v. <br><br> SUMANTA BANERJEE, <br><br> Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CASE NO. 09-CV-11672-WGY |

**PLAINTIFF TUCKERBROOK ALTERNATIVE INVESTMENTS LP'S
MOTION TO RE-OPEN**

Plaintiff Tuckerbrook Alternative Investments, LP ("Tuckerbrook") hereby moves to reopen the above-captioned case against Defendant Sumanta Banerjee ("Banerjee"). In support of its motion, Tuckerbrook states as follows:

1. On or about June 29, 2011, Tuckerbrook and Banerjee entered into a settlement agreement, a material term of which was that Banerjee would appear for his deposition and testify truthfully.

2. On July 21, 2011, Mr. Banerjee appeared for his deposition.

3. After Mr. Banerjee testified, Tuckerbrook challenged his truthfulness. In accordance with the terms of the settlement agreement, the parties submitted the issue of Mr. Banerjee's truthfulness to a neutral arbitrator, the Honorable Margaret Hinkle of JAMS Arbitration.

4. On September 7, 2011, this Court ordered the administrative closure of the case, tolled the statute of limitations, and allowed for a motion to re-open if the moving party demonstrated that the impediment to trial had been removed.

5.   On May 9, 2012, Arbitrator Hinkle issued her decision, finding that Mr. Banerjee testified untruthfully and declaring the settlement between the parties null and void in accordance with its terms.

6.   Because the settlement has been declared void, Tuckerbrook is entitled to proceed to prosecute its claims against Mr. Banerjee. The impediment to trial has been removed, and this Court should reopen the case.

WHEREFORE, Tuckerbrook respectfully requests that the above-captioned matter be re-opened.

Respectfully submitted,

__/s/ Sean T. Carnathan_____
Sean T. Carnathan (BBO #636889)
Email:  scarnathan@ocmlaw.net
O'Connor Carnathan & Mack LLC
Landmark One
1 Van de Graaff Drive, Suite 104
Burlington, MA  01803
Telephone:  781.359.9000
Facsimile:  781.359.9001

Dated:  June 1, 2012

## **CERTIFICATE OF SERVICE**

    I, Sean T. Carnathan, hereby certify that a true and accurate copy of the foregoing Motion has been filed and served through the Court's electronic filing system, this 1st Day of June, 2012.

                                                          /s/ Sean T. Carnathan
                                                          Sean T. Carnathan

4812-9879-1439, v. 1