UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TUCKERBROOK ALTERNATIVE INVESTMENTS, LP, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) ) | C.A. No. 09-cv-11672-WGY |
| SUMANTA BANERJEE, | ) ) ) | |
| Defendant. | ) | |

## Request for the Release of Judgment Lien

Sumanta Banerjee respectfully requests the Court to release the Lien that was placed on his property, 23 Soundview Farm Road Weston CT 06883, as a result of a Default Judgment on August xx, 2010.

1. The case 1:09-cv-11672-WGY whereby this judgment of a Lien was ordered, was terminated/closed on July 5, 2012.
2. Additionally, the Default judgment was overturned prior to the termination of the case 1:09-cv-11672-WGY.
3. The amount of the Lien is $254,307.39
4. The date of the Lien was June 17, 2010.
5. The Lien was recorded at the Town of Weston, CT, the Town Clerk Office on 8/24/2010 in Book 503, page 491.

In conclusion, as the Default judgment was overturned and case was terminated, Banerjee respectfully requests that the lien be released.

If a copy of the release can be mailed to Akshita Banerjee at 304 Harvester Circle, Pittsburgh, PA 15241, that would be greatly appreciated.

Respectfully Submitted

*[signature]*

Sumanta Banerjee
58/1 Ballygunje Cir Rd
Kolkata, India 700019